EDWARDS v. HARDIN

[339 N.C. 607 (1995)]

KEITH MARCELLETTE EDWARDS v. PAUL HARDIN, IN HIS PERSONAL AND OFFICIAL CAPACITY AS CHANCELLOR OF THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL (UNC-CH), BEN TUCHI, IN HIS PERSONAL AND OFFICIAL CAPACITY AS VICE CHANCELLOR OF THE UNC-CH, CHARLES ANTLE, IN HIS PERSONAL AND OFFICIAL CAPACITY AS ASSOCIATE VICE CHANCELLOR OF THE UNC-CH, DAN BURLESON, IN HIS PERSONAL AND OFFICIAL CAPACITY AS DIRECTOR OF EMPLOYEE RELATIONS, ROBERT SHERMAN, IN HIS PERSONAL AND OFFICIAL CAPACITY AS DIRECTOR OF PUBLIC SAFETY AT UNC-CH, CHARLES MAUER, IN HIS PERSONAL AND OFFICIAL CAPACITY AS CHIEF OF POLICE AT THE UNC-CH, AND JOHN DEVITTO, IN HIS PERSONAL AND OFFICIAL CAPACITY AS DIRECTOR OF PUBLIC SAFETY AT THE UNC-CH

No. 113PA94

(Filed 10 February 1995)

On discretionary review pursuant to N.C.G.S. § 7A-31 of an opinion of the Court of Appeals, 113 N.C. App. 613, 439 S.E.2d 805 (1994), granting defendants a new trial after judgment had been entered for plaintiff on 15 July 1992 in Superior Court, Orange County. Heard in the Supreme Court 13 January 1995.

*Alan McSurely for plaintiff-appellant.*

*Michael F. Easley, Attorney General, by Thomas J. Ziko, Special Deputy Attorney General, and David M. Parker, Of Counsel to the Attorney General, for defendants-appellees.*

PER CURIAM.

Discretionary Review Improvidently Allowed.